WESTWOOD ARMY NAVY STORE v. CAMBRIDGE MUTUAL
FIRE INSURANCE COMPANY.

March 11, 1986.

Petition for certification denied.

IN THE MATTER OF THE REQUEST FOR SOLID WASTE
UTILITY CUSTOMER LISTS.

March 11, 1986.

Petition for certification granted.

PRB ENTERPRISES, INC. v. SOUTH BRUNSWICK
PLANNING BOARD.

March 11, 1986.

Petition for certification granted.  (See 205 *N.J.Super.* 225)

EARL JOHNSON, ET AL. v. CITY OF NEWARK, ET AL.

March 11, 1986.

Petition for certification denied.